■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CHERRY, Appellant. [46 NYS3d 430]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 8, 2015 (*People v Cherry*, 127 AD3d 879 [2015]), affirming two judgments of the Supreme Court, Queens County, both rendered June 13, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Chambers, Miller and Duffy, JJ., concur.